UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JAMES HARRIS, individually and as personal representative of the Estate of ALMA HARRIS, a deceased vulnerable adult,<br><br>Plaintiff,<br><br>v.<br><br>EXTENDICARE HOMES, INC., et al.,<br><br>Defendants. | CASE NO. 10-05752 RBL<br><br>ORDER GRANTING EXTENDICARE HOME INC.'S MOTION FOR PROTECTIVE ORDER |

THIS MATTER has been referred to the undersigned Magistrate Judge for purposes of resolving all discovery matters (ECF No. 28).

This Court has reviewed Defendants Extendicare Health Facilities, Inc., Extendicare Health Network, Inc, Extendicare Homes Inc., Puget Sound Healthcare Center's Motion for Protective Order (ECF No. 18) with supporting declaration (ECF No. 19), Plaintiff's Response (ECF No. 20) and supporting declaration (ECF No. 21), and Defendant's Reply (ECF No. 24) and supporting declaration (ECF No. 25).

The Court also notes that on July 15, 2011, Plaintiff filed a Motion to Amend Complaint to include additional parties, as well as a Motion for Extension of the Deadline to Amend Complaint (ECF No. 26), with supporting declaration (ECF No. 27). While the Court is not ruling on those motions at this time, it is noted that Plaintiff states in this motion that the proposed amended complaint adds related parties, but that "[n]o other substantive changes have been made to the Complaint. . . ." (ECF No. 28, page 2).

In plaintiff's complaint (ECF No. 2, Exhibit A, paragraphs 4 and 5) plaintiff claims that Alma Harris, a deceased vulnerable adult, received inadequate care at a skilled nursing facility in Olympia from March of 2007 until her death in September of 2009 and alleges various statutory, regulatory and common law causes of action related to the alleged care provided by defendants at the Puget Sound Health Care Center, a skilled nursing facility located in Olympia, Washington.

In their motion for a Protective Order, Defendants claim that they should not be required to produce financial documents for all of the other 264 skilled nursing home facilities throughout the country owned and operated by Extendicare Homes and its affiliates (ECF No. 18, page 6). This Court agrees.

As noted by Defendants, "'Discovery, like all matters of procedure, has ultimate and necessary boundaries.' <u>Oppenheimer Fund, Inc. v. Sanders</u>, 437 U.S. 340, 351 (1978)." (Cited at ECF No. 18, page 7.) Plaintiff has retained the services of a "forensic accountant," Bruce R. Engstrom, CPA/ABV, CVA, CFF[1], who apparently crafted the second requests for production of

---

[1] Although his declaration states that his curriculum vitae is attached "as Exhibit A", no curriculum vitae was attached. For purposes of this discussion, the Court assumes that he has "been accepted as a forensic accounting expert in courts around the country in a variety of cases." <u>Id.</u> at ¶ 2.

documents based on "what is routinely examined by me in forensic accounting cases . . ." (ECF No. 21, Exhibit B, paragraph 7). While this Court is not aware of what may have been relevant in other "forensic accounting cases", Plaintiff has failed to demonstrate how producing bank statements, master leases, appraisals, lists of bank accounts and other financial data for all 264 skilled nursing home facilities throughout the country can lead to the discovery of any relevant evidence in <u>this</u> case.

Furthermore, Defendants have demonstrated that producing such documents would result in a costly, time consuming endeavor that far outweighs any potentially relevant information that may be gleaned from this information.

Therefore, it is hereby ORDERED that Defendant's Motion for Protective Order is GRANTED and Extendicare Home, Inc.'s obligation to respond to Plaintiff's Second Request for Production is limited to those documents identified in Barbara J. Duffy's letter to Plaintiff's counsel, Ron Meyers, on June 22, 2011, which includes, and is limited to:

1. Organizational charts which identify the relationship of Extendicare Homes, Inc. to the co-defendants.
2. Articles of Incorporation for Extendicare Homes, Inc.
3. Insurance policies which over Puget Sound Healthcare Center for the claims related to the above-captioned lawsuit.

Dated this 18th day of July, 2011.

J. Richard Creatura
United States Magistrate Judge