1
2
3
4
5

6            UNITED STATES DISTRICT COURT
7            WESTERN DISTRICT OF WASHINGTON
                       AT SEATTLE

8  JAMES HARRIS,
9            Plaintiff,
                                            Case No. C10-5752RBL
10       v.
                                            ORDER TO SEAL DOCUMENTS
11 EXTENDICARE HOMES, INC., *et al.*,       AND FILE REDACTED COPIES
                                            OF SEALED DOCUMENTS
12           Defendants.
13
14

15   This matter comes before the Court *sua sponte*. Defendants filed a motion for

16 partial summary judgment. In support of the motion, they filed the Declaration of Charles

17 Huber, and some of the exhibits to that declaration contain private and personal

18 information that needs to be redacted from public documents.

19   Pursuant to Federal Rule of Civil Procedure 5.2(a) and Local Rule 5.2, parties are

20 to redact the following information from documents and exhibits before they are filed

21 with the court:

22   * Dates of Birth - redact to the year of birth

23   * Names of Minor Children - redact to the initials

24   * Social Security Numbers and Taxpayer Identification Numbers - redact in their

25
26 ORDER TO SEAL AND
   FILE REDACTED COPIES - 1

1  entirety

2  * Financial Accounting Information - redact to the last four digits

3  * Passport Numbers and Driver License Numbers - redact in their entirety

All documents filed in the above-captioned matter must comply with Federal Rule of Civil Procedure 5.2 and Local Rule 5.2.

In order to restrict access to the private and confidential information that has already made its way into the record, the Clerk of the Court is hereby directed to seal Docket #31, the Declaration of Charles Huber. The parties are directed to promptly review all previously filed documents to ensure that they do not contain additional information that should have been redacted. The parties shall make every effort to avoid such public disclosures of confidential information in the future.

As a result of the improper filings, a substantial portion of the record is now sealed, which is inconsistent with the public's right of access. Defendants are therefore ORDERED to file, within ten days of the date of this order, a redacted copy of the declaration and its exhibits. If the parties need assistance in filing and properly labeling the redacted copies, they should contact the CM/ECF Helpdesk at 206-370-8787.

Dated this 27th day of October, 2011.

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

ORDER TO SEAL AND
FILE REDACTED COPIES - 2