UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JAMES HARRIS,

    Plaintiff,

v.

EXTENDICARE HOMES, INC., *et al.*,

    Defendants.

Case No. C10-5752RBL

ORDER TO SEAL DOCUMENTS
AND FILE REDACTED COPIES
OF SEALED DOCUMENTS

This matter comes before the Court *sua sponte*. Defendants filed a motion for partial summary judgment. In support of the motion, they filed the Declaration of Charles Huber, and some of the exhibits to that declaration contain private and personal information that needs to be redacted from public documents.

Pursuant to Federal Rule of Civil Procedure 5.2(a) and Local Rule 5.2, parties are to redact the following information from documents and exhibits before they are filed with the court:

    * Dates of Birth - redact to the year of birth

    * Names of Minor Children - redact to the initials

    * Social Security Numbers and Taxpayer Identification Numbers - redact in their

1  entirety

2  * Financial Accounting Information - redact to the last four digits

3  * Passport Numbers and Driver License Numbers - redact in their entirety

All documents filed in the above-captioned matter must comply with Federal Rule of Civil Procedure 5.2 and Local Rule 5.2.

In order to restrict access to the private and confidential information that has already made its way into the record, the Clerk of the Court is hereby directed to seal Docket #31, the Declaration of Charles Huber. The parties are directed to promptly review all previously filed documents to ensure that they do not contain additional information that should have been redacted. The parties shall make every effort to avoid such public disclosures of confidential information in the future.

As a result of the improper filings, a substantial portion of the record is now sealed, which is inconsistent with the public's right of access. Defendants are therefore ORDERED to file, within ten days of the date of this order, a redacted copy of the declaration and its exhibits. If the parties need assistance in filing and properly labeling the redacted copies, they should contact the CM/ECF Helpdesk at 206-370-8787.

Dated this 27th day of October, 2011.

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

ORDER TO SEAL AND
FILE REDACTED COPIES - 2